UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANETTE SEXTON, on behalf of herself and those similarly situated,

    Plaintiff,

v.                                Case No: 2:15-cv-360-FtM-29CM

RALPH S. MACRO, individually,

    Defendant.

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #28), filed June 10, 2016, recommending that the Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice (Doc. #25) be granted, the Settlement Agreement and Mutual General Release of Claims (Doc. #25-1, Exh. A) be approved as fair and reasonable, and that the case be dismissed with prejudice.  On June 14, 2016, the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. #29).

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge, including the recommendation that the Court decline to retain jurisdiction over enforcement of the parties' settlement agreement.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #28) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice (Doc. #25) is **granted** and the Settlement Agreement and General Release (Doc. #25-1, Exh. A) is approved as a fair and reasonable resolution of a bona fide dispute.

3.  The Clerk shall enter judgment **dismissing** the case with prejudice and without the Court retaining jurisdiction, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of June, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties